IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON PAUL HEAD, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:11cv450-WHA |
| | ) |
| PAI ATM SERVICES, LLC, et al., | )           (WO) |
| | ) |
| Defendants. | ) |

**ORDER**

This cause is before the court on a Motion for Leave to File an Amended Complaint (Doc. #14).  For good cause shown, it is hereby ORDERED that the Motion is GRANTED to the extent that the Plaintiff may file the proposed Amended Complaint attached to his motion which adds Kwik Shop Stores, Inc. as a Defendant.

The Plaintiff is DIRECTED to strike references to fictitious defendants from his proposed Amended Complaint before filing it.  *See New v. Sports & Recreation, Inc.*, 114 F.3d 1092, 1094 & 1097 (11th Cir. 1997).

Done this 14th day of July, 2011.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE